UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; Anthony J Carta; Mary A. Gilmore
Plaintiffs

v.

James L. McAleer,
Defendant

RECEIVED
FLORENCE, SC
2008 JAN 18 P 1:51

### Class Action Suit
### Temporary Restraining Order

Plaintiffs are in imminent danger from McAleer. On 1-3-08, McAleer assaulted Carta at a Florence Bank of America. McAleer is threatening to hurt Riches at FCI Williamsburg. Plaintiffs seek a restraining order.

Respectfully [signature]