Riches v. McAleer

Doc. 1 Att. 1

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295

18 JAN 2008 PM L

KT 1/23

United States District Court
DISTRICT of South CAROLINA
Clerk of court
HAynsworth Federal Bldg
300 E. Washington St
Greenville, S.C. 29601

29601+2800

Legal
Mail

Dockets.Justia.com